

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-20-00199-CV

IN THE MATTER OF M.S.

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2015-759,440, Honorable Ruben G. Reyes, Presiding

November 17, 2020

## MEMORANDUM OPINION

Before QUINN, C.J., and PIRTLE and PARKER, JJ.

Appellant, M.S., appeals from the trial court's *Order of Transfer to the Institutional Division of the Texas Department of Criminal Justice*. Now pending before this Court is appellant's motion seeking voluntary dismissal of the appeal. The Court finds the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion. The appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam